**Leah E.A. Solomon** (SBN 275347)
leah.solomon@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012
Telephone:   310.788.4400
Facsimile:    310.788.4471

Attorneys for Plaintiff Forever 21, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FOREVER 21, INC., | CASE NO. 2:17-cv-01752-GW-SK |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| ADIDAS AMERICA, INC., and ADIDAS AG, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Forever 21, Inc. ("**Forever 21**") hereby dismisses this action voluntarily and without prejudice. Defendants Adidas America, Inc. and Adidas AG (together, "**Adidas**") have not filed an answer in this action. On March 7, 2017, following Forever 21's filing of this action, Adidas filed a related action in the U.S. District Court for the District of Oregon. Forever 21 intends to pursue its request for declaratory judgment as a counterclaim in the Oregon action.

Dated: March 13, 2017            Respectfully submitted,

                                              KATTEN MUCHIN ROSENMAN LLP

                                              By:   */s/ Leah E.A. Solomon*
                                              Attorneys for Plaintiff Forever 21, Inc.